UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Marissa Chapa
                  Plaintiff,

v.                                    Case No.: 1:08–cv–04130
                                               Honorable Virginia M. Kendall

William P. Remos
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 25, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: The minute entry of 7/25/2008 [3] is corrected as follows: Appellant is given to 8/15/2008 to file a brief in support of the appeal. Appellee is given to 9/5/2008 to file a response. Reply is to be filed by 9/12/2008.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.