KH1/cic/331855                                                                                           7751-1

APPEAL TO THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| William Remos, ) | Case No.: 08 cv 4130 |
| ) | |
| Debtor. ) | The Honorable Judge Virginia Kendall |
| _____ ) | |
| MARISSA CHAPA, ) | Appeal from: United States Bankruptcy Court for |
| ) | the Northern District of Illinois |
| Plaintiff, ) | |
| ) | Adversary No. 08 A 198 |
| v. ) | |
| ) | |
| WILLIAM REMOS, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF FILING

TO:    **SEE ATTACHED SERVICE LIST**

    Please take notice that on August 15, 2008 we electronically filed with the Clerk of the Court in the United States District Court for the Northern District of Illinois, Eastern Division, a **Brief in Support of Appeal of Appellant Marissa Chapa,** a copy of which is hereby served on to you.

                                              MARISSA CHAPA


                                  By:__/s/Katherine L. Haennicke_____
                                         One of Her Attorneys

James K. Borcia
Katherine L. Haennicke
Panagiotis Albanis
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000

## SERVICE LIST

William T Neary
Office of the U.S. Trustee, Region 11
227 W. Monroe Street
Suite 3350
Chicago, IL 60606
(312) 886-5785
**U.S. Trustee**

Barry A Chatz
Arnstein & Lehr
120 South Riverside Plaza, Ste 1200
Chicago, IL 60606
312-876-7100
Fax: 312-876-0288
**Trustee**

Thomas Twomey
Zalutsky & Pinski, Ltd.
20 North Clark St
Suite 600
Chicago, IL 60602
312 782-9792
Fax: 312-782-0483
**Counsel for William Remos**

326118